UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jessica Monique Rowell,

Plaintiff,

v.

Tara L. Lassen,

Defendant.

Civil No. 18-cv-2570 (MJD/TNL)

**ORDER**

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated October 25, 2018 (ECF No. 7), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that the claims presented by plaintiff Jessica Monique Rowell related to the fact of her detention are **DISMISSED WITHOUT PREJUDICE.**

Date: November 27, 2018

s/ Michael J. Davis
Michael J. Davis
United States District Court