# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jessica Monique Rowell, | Case No. 18-cv-2570 (MJD/TNL) |
| Plaintiff, | |
| v. | **CASE MANAGEMENT ORDER** |
| Tara L. Lassen, | |
| Defendant. | |

On May 29, 2018, Jessica Monique Rowell filed a Complaint (ECF No. 1) naming Tara L. Lassen as defendant. Lassen filed a Motion to Dismiss Plaintiff's Complaint on December 6, 2018 (ECF No. 13). This motion has been referred to the undersigned for a report and recommendation pursuant to 28 U.S.C. § 636 and D. Minn. LR 72.1. Briefing on Defendant's motion to dismiss shall occur as follows:

1. **Plaintiff's response is due on or before January 4, 2019.**
2. **Defendant's reply is due on or before January 18, 2019.**

The motion will then be deemed submitted and the Court will issue its report and recommendation based on the papers, without a hearing.

All prior consistent orders remain in full force and effect. Failure to comply with any provision of this Order or any other prior consistent Order shall subject the non-complying party, non-complying counsel and/or the party such counsel represents to any and all appropriate remedies, sanctions and the like, including without limitation: assessment of costs, fines and attorneys' fees and disbursements; waiver of rights to object;

exclusion or limitation of witnesses, testimony, exhibits and other evidence; striking of pleadings; complete or partial dismissal with prejudice; entry of whole or partial default judgment; and/or any other relief that this Court may from time to time deem appropriate.

**IT IS SO ORDERED.**

Date: December 13, 2018  	*s/ Tony N. Leung*
Tony N. Leung
United States Magistrate Judge
District of Minnesota

*Rowell v. Lassen*
Case No. 18-cv-2570 (MJD/TNL)