# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Jessica Monique Rowell,            Civil No. 18-cv-2570 (MJD/TNL)

      Plaintiff,

v.

                                  **ORDER**

Tara L. Lassen,

      Defendant.

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated May 10, 2019 [Doc. No. 24], along with all the files and records, and no objections to said Recommendation having been filed,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss Plaintiff's Complaint [Doc. No. 13] is **GRANTED** as follows:

1. Plaintiff's claims for monetary damages are **DISMISSED WITH PREJUDICE.**

2. Plaintiff's claims for injunctive relief are **DISMISSED WITHOUT PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: June 11, 2019

s/ Michael J. Davis
Michael J. Davis
United States District Court